1   H. SINCLAIR KERR, JR. (61713)
    MICHAEL NG (237915)
2   **KERR & WAGSTAFFE LLP**
    100 Spear Street, Suite 1800
3   San Francisco, CA 94105–1528
    Telephone: (415) 371-8500
4   Fax: (415) 371-0500

5   Attorneys for Defendants
    CON-FAB CALIFORNIA CORPORATION
6   BAY CITIES PAVING & GRADING, INC.

7                     **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9                            **SAN JOSE DIVISION**

10  THE FORT MILLER CO., INC., a New York          Case No. C 11-05473 PSG
    corporation,
11                                                 ~~[PROPOSED]~~ **[ ORDER EXTENDING**
                                                   **TIME TO ANSWER COMPLAINT**
12           Plaintiff,

13  vs.

14  CON-FAB CALIFORNIA CORPORATION, a
    California corporation; BAY CITIES PAVING
15  & GRADING, INC., a California corporation,

16           Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

KERR
—— & ——
WAGSTAFFE
LLP

1        Pursuant to Civil Local Rule 6.1(a), Plaintiff and Defendant, by and through their

2   counsel, filed a joint stipulation on December 5, 2011 to extend time for Defendants Con-Fab

3   California Corporation and Bay Cities Paving & Grading, Inc. to file an answer to the Complaint.

4   The Court hereby accepts the parties' joint stipulation.  The deadline for Defendants Con-Fab

5   California Corporation and Bay Cities Paving & Grading, Inc. to answer, move, or otherwise

6   respond to the Complaint is on or before January 20, 2012.

7        **IT IS SO ORDERED.**

8   DATED:    December 13, 2011

9        The Honor



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 11-05473 PSG      [PROPOSED] ORDER

KERR
&
WAGSTAFFE
LLP