

1  H. SINCLAIR KERR, JR. (61713)
   MICHAEL NG (237915)
2  KERR & WAGSTAFFE LLP
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105-1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendants
   CON-FAB CALIFORNIA CORPORATION
6  BAY CITIES PAVING & GRADING, INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | THE FORT MILLER CO., INC., a New York        Case No. C 11-05473 CRB
      corporation,
12                                                STIPULATION AND [PROPOSED]
                                                  ORDER CONTINUING THE INITIAL
13        Plaintiff,                              CASE MANAGEMENT CONFERENCE
                                                  AND RELATED DEADLINES
14 | vs.

15 | CON-FAB CALIFORNIA CORPORATION, a
     California corporation; BAY CITIES PAVING
16 | & GRADING, INC., a California corporation,

17        Defendants.

18

KERR
&
WAGSTAFFE
LLP

Case No. C 11-05473 CRB                                  STIPULATION AND [PROPOSED] ORDER

## STIPULATION

Defendants Con-Fab California Corporation and Bay Cities Paving & Grading, Inc. (collectively Defendants), and Plaintiff The Fort Miller Co., Inc., by and through their counsel, hereby stipulate as follows:

WHEREAS Plaintiff commenced this Action on November 10, 2011;

WHEREAS this case was initially assigned on November 10, 2011 to U.S. Magistrate Judge Grewal, who set an initial case management conference for December 27, 2011;

WHEREAS the December 27, 2011 case management conference before Judge Grewal and related deadlines were vacated on December 6, 2011 pending reassignment to a U.S. District Judge;

WHEREAS this case was later re-assigned to this Court on December 8, 2011;

WHEREAS on December 14, 2011 this Court set an initial case management conference for January 6, 2012;

WHEREAS counsel has a scheduling conflict with the January 6, 2012 case management conference date; and

WHEREAS the Court has already approved the parties' stipulated extension of time within which Defendants may file their Answer to January 20, 2012;

NOW THEREFORE, the parties have agreed, subject to the Court's approval, that the initial case management conference in this matter be continued to February 17, 2012 at 8:30a.m. Pursuant to the Court's Order setting Case Management Conference, counsel shall meet and confer not less than thirty (30) days in advance of the conference and shall file a joint case management statement not less than seven (7) days in advance of the conference.

IT IS SO STIPULATED.

//
//
//
//
//

| | | |
|---|---|---|
| 1 | DATED: December 21, 2011 | **KERR & WAGSTAFFE LLP** |
| 2 | | |
| 3 | | By _____/s/_____<br>MICHAEL NG |
| 4 | | Attorneys for Defendants<br>CON-FAB CALIFORNIA CORPORATION and<br>BAY CITIES PAVING & GRADING, INC. |
| 6 | DATED: December 21, 2011 | **FEINBERG DAY ALBERTI & THOMPSON LLP** |
| 7 | | By _____/s/_____ |
| 8 | | MARC BELLOLI<br>Attorneys for Plaintiff |
| 9 | | THE FORT MILLER CO., INC. |

**GENREAL ORDER 45 ATTESTATION**

I, Michael Ng, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Marc Belloli, Counsel for Plaintiff, has concurred in this filing.

DATED: December 21, 2011          **KERR & WAGSTAFFE LLP**

By:
_____/s/_____
MICHAEL NG

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: DEC 2 3 2011

HON. CHARLES R. BREYER
U.S. DISTRICT JUDGE

-2-

Case No. C 11-05473 CRB                STIPULATION AND [PROPOSED] ORDER