UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FORT MILLER CO., INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>CON-FAB CALIFORNIA CORPORATION, a California corporation; BAY CITIES PAVING & GRADING, INC., a California corporation,<br><br>Defendants. | CASE NO. CV 11-05473 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL |
| CON-FAB CALIFORNIA CORPORATION and BAY CITIES PAVING & GRADING, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>THE FORT MILLER CO., INC.,<br><br>Counterclaim Defendant. | |

IT IS HEREBY ORDERED THAT the request for withdrawal of counsel of Feinberg Day Alberti & Thompson LLP and all its attorneys as counsel for Plaintiff/Counterclaim Defendant The Fort Miller Co., Inc. is hereby GRANTED.

The Fort Miller Co., Inc. continues to be represented by the law firm of Schmeiser Olsen

1  & Watts LLP and its attorneys.

2  Dated: 2/17/12

IT IS SO ORDERED

_____
PHYLLIS J. HAMILTON
United States District Judge